Elridge Vanderhorst HILLS, a/k/a
Elridge V. Hills, Plaintiff–
Appellant,

v.

NFN FARR, Lieutenant at Tyger River
Correctional Institution; James
Bates, Lieutenant at Tyger River Cor-
rectional Institution; Laughter, Lieu-
tenant at Tyger River Correctional In-
stitution; Joseph Smith, Sergeant at
Tyger River Correctional Institution;
NFN Ammons, Correctional Officer at
Tyger River Correctional Institution;
Michael Fowler, Inmate Grievance
Coordinator at Tyger River Correc-
tional Institution; Gooch, Captain at
Tyger River Correctional Institution;
NFN Coates, Sergeant at Tyger River
Correctional Institution; Correctional
Officer Lingerfelt, Tyger River Cor-
rectional Institution; Richard Smith,
Warden of Tyger River Correctional
Institution; Loyd, Associate Warden
of Tyger River Correctional Institu-
tion; Donald Dease, Former Regional
Director of Division 2, Defendants–
Appellees.

No. 06–7634.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 29, 2007.

Decided: Feb. 15, 2007.

Elridge Vanderhorst Hills, Appellant
Pro Se. Roy F. Laney, Nikole Deanna
Haltiwanger, Thomas Lowndes Pope, Ri-
ley Pope & Laney, LLC, Columbia, South
Carolina, for Appellees.

Before WILKINSON, WILLIAMS, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Elridge V. Hills appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised Hills that failure to file timely
objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.
Despite this warning, Hills failed to timely
object to the magistrate judge's recom-
mendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins*, 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn*, 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Hills has waived appellate review by fail-
ing to timely file specific objections after
receiving proper notice. Accordingly, we
affirm the judgment of the district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*